UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUANTRELL E. CODY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:12CV2178 FRB |
| JEAN ANN JOHNSON, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner seeks to voluntarily dismiss this action under Rule 41(a) of the Rules of Civil Procedure.  Petitioner states that he intended to file this action in state court to exhaust his remedies there before bringing his claims in federal court.  The Court will grant the request.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request to dismiss this action [Doc. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall return the petition to petitioner.

Dated this 28th day of November, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON

                                        UNITED STATES DISTRICT JUDGE